# BOND SCHOENECK & KING

10 Bank Street, Suite 1120 | White Plains, NY 10606-1946
600 Third Avenue, 22nd Floor | New York, NY 10016-1915
| bsk.com |

**LOUIS P. DILORENZO, ESQ.**
dilorel@bsk.com
P: 914.306.7815/646.253.2315
C: 646.207.1997
F: 646.253.2301

September 2, 2025

**VIA ECF**

Magistrate Judge Jennifer E. Willis
Thurgood Marshall
United States Courthouse, Courtroom 228
40 Foley Square
New York, NY 10007

> This request is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> September 3, 2025

Re:    **1:25cv5549, Selip v. IHMS LLC d/b/a The Pierre New York, et al.**

Dear Judge Willis:

We represent The Indian Hotels Company, the Defendant in the above-referenced matter. With the consent of Plaintiff's counsel, we write to request an extension of time until **December 5, 2025**, to move in response to the Complaint. We are appearing and making this request for the limited purpose of objecting to service and jurisdiction.

The Defendant's motion is due, at the earliest, on September 2, 2025. The matter was referred to automatic mediation as per the Court's August 14, 2025 Order (Dkt. No. 12), and mediation has been scheduled for November 13, 2025. Our requested extension date is for twenty-one (21) days from the conclusion of mediation. The Plaintiff and other Defendant have agreed to this extension request.

This is Defendant's first request for an extension of time.

Thank you for your consideration.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*[signature]*

Managing Member – Westchester
Co-Managing Member – New York City

cc:    counsel of record (via ECF)

22218496.v1-9/2/25